# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 18-CR-109 |
| | : | |
| | : | JUDGE TIMOTHY S. BLACK |
| v. | : | |
| | : | <u>MOTION TO UNSEAL INDICTMENT</u> |
| | : | |
| ANDREY SHUKLIN et al., | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

    Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case states that the Indictment may be unsealed.

                                          Respectfully submitted,

                                          BENJAMIN C. GLASSMAN
                                          United States Attorney

                                          /s/*Megan Gaffney*_____
                                          MEGAN GAFFNEY (NY 4849220)
                                          Assistant United States Attorney
                                          221 East Fourth Street, Suite 400
                                          Cincinnati, Ohio 45202
                                          (513) 684-3711

SO ORDERED.

___*Timothy S. Black*_____
HONORABLE TIMOTHY S. BLACK
U.S. DISTRICT COURT JUDGE