UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
SETH NEZAT
    Defendant.

Case No. 1:18-cr-00109(12)

FILED
RICHARD W. NAGEL
CLERK OF COURT
19 MAR 25 PM 2: 23
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Luke Lavin (Official)
United States Attorney: Matthew Singer
Defendant Attorney: Jay Clark (CJA)

Date/Time: 3/25/19 @ 1:30 PM

Interpreter: N/A

*Initial Appearance:* ☐ *Complaint;* ☒ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☒ Counsel present      ☐ *Superseding Indictment*      ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights    ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☒ Government moves for defendant to be detained pending detention hearing 3/27/19 @ 1:30 PM
☒ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☒ Counsel appointed (☐ FPD ☒ CJA) ☐ Charging document unsealed upon oral motion of the United States

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____ ☐ Detention is moot - serving state sentence
Defendant Witness _____ ☐ Home Incarceration
☐ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
                                           ☐ Location Monitoring
Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants
_____

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on* ☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Misdemeanor Information:
Defendant waives reading ☐        Defendant pleads: ☐ GUILTY ☐ NOT GUILTY
☐ PSI ordered        ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing        ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered        Removed to _____
☐ Probable Cause Found

Remarks: