FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 MAR 25  PM 2: 23

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV. CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**UNITED STATES OF AMERICA**

**Case No.   1:18-cr-00109(12)**

**-vs-**

**SETH NEZAT**

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER/CJA PANEL ATTORNEY**

Because the above named Defendant has testified under oath or has otherwise satisfied this

Court that he/she: (1) is unable to employ counsel; and (2) does not wish to waive counsel, and

because in the interests of justice so require, it is

**ORDERED** that **CJA Panel Attorney Ravert J. Clark** is appointed to represent the

above named Defendant in this case.   The Defendant may be required to contribute to the cost of

this representation depending on circumstances to be determined at a later date.

Stephanie K. Bowman
United States Magistrate Judge