UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
  Plaintiff,
v.
SETH NEZAT
  Defendant.

Case No. 1:18-cr-00109(12)

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 MAR 27 PH 1:58
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Maryann Maffia (Official)
United States Attorney: Matthew Singer
Defendant Attorney: Jay Clark (CJA)

Date/Time: 3/27/19 @ 1:30 PM

Interpreter: N/A

*Initial Appearance:* ☐ Complaint; ☐ Indictment; ☐ Information; ☐ petition for supervised release ☐ Rule 5(c)/32.1 Proceedings
☐ Counsel present      ☐ *Superseding Indictment*      ☐ *Pretrial Release Violation*
☐ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☐ Defendant informed of his / her rights   ☐ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed ( ☐ FPD   ☐ CJA )   ☐ Charging document unsealed upon oral motion of the United States

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____    ☐ Detention is moot - serving state sentence
Defendant Witness _____     ☐ Home Incarceration
☐ OR   ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
                                                ☐ Location Monitoring _____
Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants
_____

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____   Defendant Witnesses: _____

AUSA Exhibits: _____     Defendant Exhibits: _____

*Arraignment on* ☐ *Indictment*  ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☐                  Defendant pleads: ☐ GUILTY  ☐ NOT GUILTY
☐ PSI ordered                               ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing     ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered    Removed to _____
☐ Probable Cause Found

Remarks:
Case called for a Detention Hearing. At the request of counsel, this matter is continued until 4/4/19 @ 1:30 PM before Magistrate Judge Litkovitz to afford Pretrial Services in Florida an opportunity to conduct a proper home visit for purposes of bond determination.