AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 JUL 25 PM 3:25
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:18-cr-00109(12) |
| SETH NEZAT, | ) |
| a/k/a "Andrew Johnson," a/k/a "Andrew Butler," | ) |
| a/k/a "Jason," a/k/a "Kyle Walker" | ) |
| Defendant | ) |

2019 APR -1 PM 3:
FILED
RICHARD W. NAGEL
CLERK OF COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **SETH NEZAT**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Participate in Racketeering Activity

[SEE ATTACHED INDICTMENT]

Date: 7/25/2018

_Issuing officer's signature_

City and state: CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
_Printed name and title_

### Return

This warrant was received on (date) 7/25/18, and the person was arrested on (date) 2/26/2019
at (city and state) FT LAUDERDALE, FLORIDA — WOR TO S/OH CINCI ON 3/25/19.

Date: 3/26/2019

FOR D.O.T.
_Arresting officer's signature_

J. LOFTIS DUSM FOR D.O.T.
_Printed name and title_