# United States District Court

SOUTHERN  DISTRICT OF  OHIO

UNITED STATES OF AMERICA

V.

**SETH NEZAT**

**CORRECTED NOTICE**

CASE NUMBER: **1:18cr109**

**( J. Black ; Litkovitz, MJ )**

**TYPE OF CASE**

☐ CIVIL    ☒ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | **708** |
| | **DATE AND TIME** |

**TYPE OF PROCEEDING**

**Detention Hearing and Arraignment on Indictment before the Honorable Karen L. Litkovitz, U.S. Magistrate Judge**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | April 4, 2019 at 1:30 pm | **April 8, 2019 at 2:00 pm** |

**April 3, 2019**
**Date**

**RICHARD W. NAGEL**
**U.S. Magistrate or Clerk of Court**

  **s/Arthur Hill**
**(BY) DEPUTY CLERK**

To: Ravert J. Clark, Esq.

CC: U.S. Pretrial Services
U.S. Probation
U.S. Marshal's Office
U.S. Attorney's Office (Matthew Singer, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**