UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**SETH NAZAT,**
    Defendant.

Case No. __1:18cr109-12__
( J. Black ; Litkovitz, MJ )

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: Official Reporter, _Julie Wolfer_
Date/Time: April 8, 2019 at 2:00 PM

United States Attorney: _Matthew Singer_ Defendant Attorney: _J. Clark, CJA_

*Initial Appearance Hearing on* [] Complaint; [X] Indictment; [] Information; or [] petition for probation / supervised release;
  [] pretrial release violation; [] Rule 5(c)(3) proceedings out of the District of_____
[✓] Counsel present
[✓] Defendant informed of his / her rights
[✓] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR [✓] Secured with _No Amount OR_ [✓] Electronic Monitor [✓] Other _Home confinement (GPS)_
Special Conditions of Release: [✓] Pretrial/Probation Supervision [✓] Drug testing & Treatment [✓] maintain employment & verify
[✓] refrain from alcohol [✓] narcotic drugs unless prescribed [✓] use of firearms [ ] Travel Restricted to _SD Fla + SD of Ohio_
[✓] _surrender passport_ [✓] _no contact with anyone associated in any way with this matter_ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [✓] *Indictment or* [] *Information or* [] *Superseding Indictment:*
Defendant waives reading of: [✓] Indict [ ] Info [ ] Indict Read [ ] Info Read
Defendant pleads: [ ] GUILTY [✓] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[✓] Case to proceed before Judge _Black_
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. ; [ ] Defendant waived preliminary examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: _D will not be released on bond until 4-9-19_