AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:18-cr-109 (12) |
| SETH NEZAT | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of Court

| Place: | POTTER STEWART, U.S. COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202 | Courtroom No.: 1 (Room 805) |
| | | Date and Time: 10/01/2019 2:00 pm |

This offense is briefly described as follows:
See Petition

Date: 09/04/2019

_Issuing officer's signature_

Richard W. Nagel, Clerk, U.S. District Court
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: 9/5/19

_Server's signature_

Amanda Peters
_Printed name and title_

seth Nezat 9/5/19