# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | Case No. 1:18-cr-109 |
| Plaintiff, | : | Judge Black |
| vs. | : | **MOTION TO CONTINUE BOND VIOLATION** |
| **SETH NEZAT** | : | **HEARING** |

Through counsel, Defendant Seth Nezat moves this Court, for a continuance of the October 1, 2019, Bond Violation Hearing. The grounds for this motion are set forth in the accompanying memorandum.

## Memorandum

Seth lives in Ft. Lauderdale, Florida. He had made arrangements to travel to Cincinnati for the October 1st Bond Violation Hearing. Seth called counsel yesterday afternoon to advise his transportation to Cincinnati had fallen through and as a result he could not get to Cincinnati for the hearing.

Seth qualifies for representation pursuant to the CJA act. Should the Court grant the continuance, counsel will file a motion seeking funds for transportation for Seth pursuant to 18 U.S.C. §4285 and 18 U.S.C. §3154 in order to avoid any similar issues in the future.

Counsel has discussed the situation with AUSA Matt Singer. The Government does not object to a continuance of the Bond Violation Hearing.

Respectfully submitted,

/S/ Ravert J. Clark
Ravert J. Clark
Counsel for Seth Nezat
114 East 8th Street
Cincinnati, Ohio 45202
(513) 587-2887
Fax: 513-621-2525
Notguilty14@aol.com

CERTIFICATE OF SERVICE

I certify a copy of the foregoing Motion was served electronically, October 1, 2019 on all counsel of record in this case by the ECMS/PACER system.

/S/ Ravert J. Clark
Ravert J. Clark
Attorney for Seth Nezat