UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-109 |
| vs. | : | Judge Timothy S. Black |
| SETH NEZAT (12), | : | |
| Defendant. | : | |

### ORDER REGARDING ISSUANCE OF BENCH WARRANT

The Court, having been informed of Defendant Seth Nezat's repeated violations while on bond, set this case for a bond violation hearing on October 1, 2019 and summoned Defendant to appear and show cause as to why his bond should not be revoked. (Docs. 109, 110, 112).

On October 1, 2019, the Court was notified by the Pretrial Officers in the Southern District of Florida and the Southern District of Ohio that, from the date of issuance of the summons to the date of the bond violation hearing, Defendant has continued to violate the conditions of his bond. (Doc. 109). Moreover, on October 1, 2019, Defendant failed to appear before this Court for the bond violation hearing, as required. Accordingly, the Court issued a bench warrant for Defendant's arrest. The Court directs the U.S. Marshals to bring Defendant before this Court without delay.

**IT IS SO ORDERED.**

Date: 10/1/2019

Timothy S. Black
United States District Judge