AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

2019 OCT 16 PM 3:15

| United States of America | ) |
|---|---|
| v. | ) |
| SETH NEZAT | ) Case No. 1:18-cr-109-12 |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) SETH NEZAT

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for bond violation hearing before U.S. District Judge Timothy S. Black (see attached Order)

Date: 10/01/2019

*Timothy S. Black*
United States District Judge

City and state: Cincinnati, Ohio

Timothy S. Black, U.S. District Judge
Printed name and title

### Return

This warrant was received on (date) 10/1/2019, and the person was arrested on (date) 10/2/2019
at (city and state) S/FL MIAMI SELF SURRENDER.

Date: 10/2/2019

Arresting officer's signature

J. LOFTIS DUSM S/OH CINCI
Printed name and title