# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                          Case No. 1:18-cr-109-12

    v.                                         JUDGE DOUGLAS R. COLE

**SETH NEZAT,**

      **Defendant.**

## CRIMINAL MINUTES: SENTENCING

AUSA Matthew Singer appeared for the Government

Defendant appeared with counsel Jay Clark

Defendant sentenced as follows:

Time Served

3 Years Supervised Release
Conditions:
- Must not commit another federal, state, or local crime
- Prohibited from possessing a firearm, ammunition, destructive device, dangerous weapon, or unlawful controlled substance
- Must not unlawfully use any controlled substance
- Shall submit to one drug test within 15 days of being placed on supervision and at least two periodic drug tests thereafter
- Must cooperate in the collection of his DNA
- Shall comply with the standard conditions of supervised release that have been adopted by this Court
- Shall not incur any new credit charges, or open additional lines of credit, without the approval of the probation officer
- Must provide the probation officer with access to any requested financial information and authorize the release of any requested financial information, which the probation office may share with the U.S. Attorney's Office
- Shall participate in drug and/or alcohol treatment, at the discretion of his probation officer. The defendant shall pay a co-pay for the treatment not to exceed $25, based on his ability to pay, as determined by his probation officer.
- The defendant must submit to substance abuse testing to determine if he has used a prohibited substance. The defendant must not attempt to obstruct or tamper with the testing methods

  The defendant shall not use or possess alcohol

Special Assessment: $100     Fine: $0     Restitution: To be determined

Defendant remanded to the custody of the U.S. Marshal

**Judge:**     Douglas R. Cole

**Courtroom Deputy:**    Scott Lang

**Court Reporter:**    Sue Lopreato-Official

**Date:**     November 1, 2021