UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 1:18-cr-109-12
v.        JUDGE DOUGLAS R. COLE

SETH NEZAT,

        Defendant.

## CRIMINAL MINUTES: SENTENCING ON SUPERVISED RELEASE VIOLATION

AUSA Megan Gaffney Painter appeared for the Government

Defendant appeared with counsel Kevin Tierney

Defendant sentenced as follows:

5 months imprisonment with credit for time served

Defendant remanded to the custody of the U.S. Marshal.

| | |
|---|---|
| **Judge:** | Douglas R. Cole |
| **Courtroom Deputy:** | Scott Lang |
| **Court Reporter:** | Sue Lopreato-Official |
| **Date:** | August 29, 2022 |